UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERTA GAST,

        Plaintiff,

                                        Case No. 1:10-cv-525

v.

                                        HONORABLE PAUL L. MALONEY

ATLANTIC AUTOMOTIVE
COMPONENTS, L.L.C.,

        Defendant.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Atlantic Automotive Components, L.L.C. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Atlantic Automotive Components, L.L.C. shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date: July 2, 2010                                        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge